**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01349-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

MOHAMED OSMAN FARAY,

     Plaintiff,

v.

GENELEX CORPORATION,

     Defendant.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Complaint.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are

deficient as described in this Order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order

must include the civil action number on the Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    __    is not submitted
(2)    __    is not on proper form (must use the court's current form)
(3)    __    is missing original signature by Plaintiff
(4)    __    is missing affidavit
(5)    X    affidavit is incomplete
(6)    X    affidavit is not notarized or is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or
                  application
(8)    X    other: Specify in the first paragraph whether you do or do not request
                  service of process by United States Marshals Service.

**Complaint or Petition**:

(9)     __     is not submitted
(10)    __     is not on proper form (must use the court's current form)
(11)    __     is missing an original signature by Plaintiff
(12)    X      is incomplete
(13)    __     uses et al. instead of listing all parties in caption
(14)    __     names in caption do not match names in text
(15)    X      addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(16)    X      other:  Plaintiff failed to complete form, specifically Page, Two, Paragraph
               Four, and Page Six

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on the Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along

with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty (30) days from the date of this Order**, the Complaint and the action will

be dismissed without further notice.

DATED May 25, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

2