# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01349-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

MOHAMED OSMAN FARAY,

      Plaintiff,

v.

GENELEX CORPORATION,

      Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Complaint.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are

deficient as described in this Order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order

must include the civil action number on the Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)    __    is not submitted
(2)    __    is not on proper form (must use the court's current form)
(3)    __    is missing original signature by Plaintiff
(4)    __    is missing affidavit
(5)    X    affidavit is incomplete
(6)    X    affidavit is not notarized or is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or
                application
(8)    X    other: Specify in the first paragraph whether you do or do not request
                service of process by United States Marshals Service.

**Complaint or Petition**:

(9)   __      is not submitted

(10)   __      is not on proper form (must use the court's current form)

(11)   __      is missing an original signature by Plaintiff

(12)   _X_     is incomplete

(13)   __      uses et al. instead of listing all parties in caption

(14)   __      names in caption do not match names in text

(15)   _X_     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(16)   _X_     other: _Plaintiff failed to complete form, specifically Page, Two, Paragraph Four, and Page Six_

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on the Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the Complaint and the action will be dismissed without further notice.

DATED May 25, 2012, at Denver, Colorado.

BY THE COURT:

_s/ Boyd N. Boland_____
United States Magistrate Judge